467 A.2d 643

Commonwealth v. Starner, Appellant.

Reargument Denied Nov. 18, 1983.

Petition for Allowance of Appeal
Denied April 3, 1984.

Argued April 23, 1982. Harry C.J. Blair, for appellant; Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a memorandum concurring and dissenting opinion.